IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD TEUNE, et al.,

    Plaintiffs,

v.                                                                               CV No. 19-162 GJF/CG

3M COMPANY, et al.,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendants' *Joint Motion for Extension of Time to Respond to Plaintiff's Complaint* ("Motion"), (Doc. 9), filed April 11, 2019. In the Motion, Defendants explain that this case is subject to the Judicial Panel on Multidistrict Litigation's ("JPML") *Conditional Transfer Order* – which Plaintiffs have opposed. If the *Conditional Transfer Order* is granted, the instant case will be transferred outside of this district. Currently, a decision from the JPML is not expected until after May 30, 2019. Therefore, Defendants request thirty-days from the entry of the JPML's decision to respond to Plaintiffs' Complaint. (Doc. 9 at 4-5).

Having reviewed the Motion and noting it is unopposed, the Court finds there is good cause to **GRANT** Defendants' *Joint Motion for Extension of Time to Respond to Plaintiff's Complaint*, (Doc. 9). **IT IS THEREFORE ORDERED** that Defendants shall have thirty-days following the entry of the JPML's decision to respond to Plaintiff's Complaint. Defendants shall file notice on the record when the JPML issues its decision.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE